AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reyna, Jimmie V. | U.S. Court of Appeals for the Federal Circuit | 05/13/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 <br> to <br> 12/31/2013 |

**7. Chambers or Office Address**

U.S. Court of Appeals for the Federal Circuit
National Courts Building
717 Madison NW
Washington, DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Nationwide Hispanic Advisory Council, Big Brothers Big Sisters of America, Inc. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 05/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Montgomery Public Schools, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of San Diego School of Law IP Conference | January 17-18, 2013 | San Diego, California | Speaker | Transportation, meals, hotel |
| 2. | Oregon Hispanic Bar Association Annual Dinner | February 14-15, 2013 | Portland, Oregon | Speaker | Transportation, meals, hotel |
| 3. | Hispanic National Bar Association Conf. & HNBA Judicial Council Meeting, Speaker | March 14-16, 2013 | Atlanta, Georgia | Bar Association meeting and Judicial Council meeting, Speaker | Meals, hotel |
| 4. | Florida Bar Association, IP Section Conf. | March 21-22, 2013 | West Palm Beach, Florida | Speaker | Transpotation, meals, hotel |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Reyna, Jimmie V. | 05/13/2014 |

| 5. | New York Intellectual Property Law Association Salute to the Judiciary | March 22-23, 2013 | New York, New York | Bar Association meeting | Transportation, meals, hotel |
|---|---|---|---|---|---|
| 6. | New Hampshire Univeristy School of Law, IP Law Conferemce | April 24-25, 2013 | Concord, New Hampshire | Speaker | Transportation, meals, hotel |
| 7. | American Law Institute, Patent Trial Conf. | May 29-31, 2013 | New York, New York | Speaker | Transportation, meals, hotel |
| 8. | Los Angeles Intellectual Property Association, Summer Conference | June 5-8, 2013 | Las Vegas, Nevada | Bar Association meeting, Speaker | Transporation, meals, hotel |
| 9. | Federal Circuit Bar Association, Annual Bench and Bar Conference | June 19-23, 2013 | Colorado Springs, Colorado | Bar Association meeting, Speaker | Transportation, meals, hotel |
| 10. | Hispanic National Bar Association Annual Convention, and Meeting of Judiial Council | September 5-8, 2013 | Denver, Colorado | Bar Association meeting and Judicial Council Meeting, Speaker | Transportation, meals, hotel |
| 11. | 2013 Korea-US Intellectual Property Judicial Conference | October 17-23, 2013 | Seoul, Korea | Judicial Conference, Speaker | Transportation, meals, hotel |
| 12. | European Judges Forum | October 23-28, 2013 | Venice, Italy | Judicial Conference, Speaker | Transportation, meals, hotel |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 05/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citimortgage | Mortgage in rental property, Montgomery County (MD (See Pt. VIII, line 1) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Montgomery County, MD | D | Rent | M | W | | | | | |
| 2. PNC Bank, account | A | Interest | L | T | | | | | |
| 3. Education Systems Federal Credit Union, account | A | Interest | K | T | | | | | |
| 4. Northwestern Life, Variable Policy #1 | | | | | | | | | |
| 5. Select Bond | A | Int./Div. | K | T | Distributed (part) | 09/05/13 | J | | |
| 6. Money Market | A | Interest | J | T | Distributed (part) | 09/05/13 | J | | |
| 7. Index 400 Stock | A | Int./Div. | J | T | Distributed (part) | 09/05/13 | J | | |
| 8. Small Cap Growth Stock | A | Int./Div. | J | T | Distributed (part) | 09/05/13 | J | | |
| 9. Russel Real Estate Securities | A | Int./Div. | J | T | Distributed (part) | 09/05/13 | J | | |
| 10. Small Cap Value | A | Int./Div. | K | T | Distributed (part) | 09/05/13 | J | | |
| 11. Northwestern Life, Variable Policy #2 | | | | | | | | | |
| 12. Select Bond | A | Int./Div. | J | T | Distributed (part) | 09/05/13 | J | | |
| 13. Money Market | A | Interest | J | T | Distributed (part) | 09/05/13 | J | | |
| 14. Index 400 Stock | A | Int./Div. | J | T | Distributed (part) | 09/05/13 | J | | |
| 15. Small Cap Growth Stock | A | Int./Div. | J | T | Distributed (part) | 09/05/13 | J | | |
| 16. Russel Real Estate Securities | A | Int./Div. | J | T | Distributed (part) | 09/05/13 | J | | |
| 17. Small Cap Value | A | Int./Div. | J | T | Distributed (part) | 09/05/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. New York Life, Variable Policy | | | | | | | | | |
| 19. International Equity | A | Int./Div. | J | T | | | | | |
| 20. UIF Eme Equity | A | Int./Div. | J | T | | | | | |
| 21. TRP Eq Inc | A | Int./Div. | J | T | | | | | |
| 22. VE GLBL HA | A | Int./Div. | J | T | | | | | |
| 23. Cmmn Stock | A | Int./Div. | J | T | | | | | |
| 24. Worldwide | A | Int./Div. | J | T | | | | | |
| 25. Contrafund | A | Int./Div. | J | T | | | | | |
| 26. Northwestern Life, IRA | | | | | | | | | |
| 27. Index Stock 500 (MSA) | A | Int./Div. | L | T | Distributed (part) | 09/05/13 | K | | |
| 28. Index 400 Stock (MSA) | A | Int./Div. | M | T | Distributed (part) | 09/05/13 | L | | |
| 29. Small Cap Value (MSA/T Rowe Price) | A | Int./Div. | M | T | Distributed (part) | 09/05/13 | K | | |
| 30. International Equity (MSA/FRanklin TMPL) | A | Int./Div. | L | T | Distributed (part) | 09/05/13 | K | | |
| 31. Select Bond (MSA) | A | Int./Div. | M | T | Distributed (part) | 09/05/13 | L | | |
| 32. Russel Global Real Estate Securities | A | Int./Div. | K | T | | | | | |
| 33. BALBX mutual fund | A | Int./Div. | K | T | | | | | |
| 34. AFBXX money market | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CIBBX mutual fund | A | Int./Div. | K | T | | | | | |
| 36. CWGBX mutual fund | A | Int./Div. | K | T | | | | | |
| 37. RLBFX mutual fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyna, Jimmie V. | 05/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

As noted in my 2012 Financial Disclosure Report, in Section VII, lines 33-37 identify funds that formed an IRA account with Smith Barney. These funds were rolled over into the IRA account held by Northwestern Mutual which is identified at lines 26-32 of the same Section. The rollover of these funds occurred in May 9, 2011, but was inadvertantly not reported in the 2012 financial disclosure report.

In Section VII, line 3, the name of the disclosed financial institution was changed during 2013 to Education Systems Federal Credit Union.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Jimmie V. Reyna**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544